## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF RHODE ISLAND

In re:   Michael T. Owen
         Deborah A. Owen

                                          BK No. 18-10973

       **Debtors**                        **Chapter 13**

### OBJECTION TO ALLOWANCE OF CLAIM OF STEVEN TRIPP

Now come the Debtors, **Michael T. Owen and Deborah A. Owen**, in the above-captioned matter and hereby objects to the allowance of Claim #23, by Steven Tripp in the amount of $86,903.00.  As grounds for the Objection, Debtors state as follows:

Steven Tripp (hereinafter known as "Creditor") filed the proof of claim as a Creditor of the above Debtors, Claim Number 23, in the amount of $86,903.00.  This proof of claim does not contain any justification for the listed amounts allegedly owed by the Debtors.  The proof of claim does not include any documentation that proves that the amounts are actually owed by the Debtors.  Debtor Deborah Owen never held an ownership relationship nor an employment relationship with Synergy Health Fitness LLC.

WHEREFORE, the Debtors pray that this Proof of Claim # 23 filed by Steven Tripp be denied as filed.

### NOTICE OF TIME TO RESPOND/OBJECT
Within fourteen (14) days if served electronically, as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bankr. P. 9006 if you were served by mail or other excepted means specified, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Bankruptcy Court Clerk's Office, 380 Westminster Street, 6th Floor, Providence, RI 02903, (401) 626-3100. If no objection or other response is timely filed within the time allowed herein, the paper will be deemed unopposed and will be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise. If you timely file such a response, you will be given thirty (30) days' notice of the hearing date for this objection.

        **Michael T. Owen**
        **Deborah A. Owen**,
        By their Attorney,
        **/s/Janet J. Goldman**
        Janet J. Goldman, Esq.
        Bar Number: 4081
        51 Jefferson Boulevard
        Warwick, RI 02888
        401-785-2300

Date: 9/25/2018

## CERTIFICATE OF SERVICE

    I hereby certify that on **September 25, 2018,** I electronically filed an Objection to Allowance of Claim with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

    Gary L. Donahue, AUST
    John Boyajian, Chapter 13 Trustee
    Tatyana P. Tabachnik, Esq.
    Bernard J. Lemos, Esq.
    Lynda L. Laing, Esq.

and I hereby certify that I have mailed by United States Postal Service, postage pre-paid, the document and a copy of the Notice of Electronic Filing to the following non CM/ECF participant:

Steven Tripp
Mark P. Gagliardi, Esq.
201 Wayland Avenue
Suite 8
Providence, RI 02906

        /s/Pamela Kilstein