## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF RHODE ISLAND

In re:  Michael T. Owen
Deborah A. Owen

BK No. 18-10973

Debtors                              Chapter 13

## LIMITED OBJECTION TO MOTION FOR RELIEF FROM STAY

NOW come the Debtors, Michael T. Owen and Deborah A. Owen, and hereby object to the Motion for Relief filed by Ford Motor Credit Company.  Debtors agree there is an arrearage and wish to cure.

Wherefore, Debtor prays that the Motion for Relief from Automatic Stay be denied as filed.

Michael T. Owen
Deborah A. Owen
By their Attorney,


Date: 4/9/2019                       /s/Janet J. Goldman
Janet J. Goldman, Esquire
Bar No.:  4081
51 Jefferson Boulevard
Warwick, RI 02888
(401)785-2300

## ADMINISTRATIVE GENERAL ORDER--FORM B

UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF
RHODE ISLAND - - - - - - - - - - - - -
- - - - - - - - - - - - - - - - - - - - - - - - *

In re:    Michael T. Owen
          Deborah A. Owen

                                               BK No. 18-10973

                      Debtors              Chapter 13

- - - - - - - - - - - - - - - - - - - - - - - - *

## CERTIFICATE OF SERVICE

I hereby certify that on <u>April 9 2019,</u> I electronically filed a <u>Limited Objection to Motion for Relief</u> with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

      Gary L. Donahue, AUST, US Trustee's Office
      John Boyajian, Chapter 13 Trustee
      Tatyana P. Tabachnik, Esq.
      Bernard J. Lemos, Esq.
      Lynda L. Laing, Esq.

and I hereby certify that I have mailed by United States Postal Service, postage pre-paid, the document and a copy of the Notice of Electronic Filing to the following non-CM/ECF participants:  NONE

**/s/Pamela Kilstein**