UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:

    MICHAEL T. OWEN, SR.                         BK-18-10973
    DEBORAH A. OWEN                             CHAPTER 13
          Debtors

## AMENDMENT TO ORDER CONFIRMING CHAPTER 13 PLAN

The Debtors filed a Chapter 13 Plan (The "Plan") on December 26, 2018, and that Plan was confirmed by Order of this Court dated February 22, 2019. The debtors filed a Motion to Amend Chapter 13 Plan on September 17, 2019, and the Motion was approved by Order of this Court on October 21, 2019. The Confirmation Order entered February 22, 2019 is amended as follows:

1. In addition to Plan payments made year to date, the Debtors shall pay to the Office of the Standing Chapter 13 Trustee, P.O. Box 2561, Providence, RI 02906, the sum of $5,978.00 per month for the months of October 2019 up to and including February 2022 and then $6,528.00 per month for the months of March 2022 up to and including June 2023.

2. All other terms of the Order Confirming Plan entered on February 22, 2019 will remain in effect.

                                            *Diane Finkle*
                                            _____
                                            Diane Finkle
                                            United States Bankruptcy Judge
                                              Date: 10/30/2019

CERTIFICATION

    I hereby certify that a copy of the within Amendment to Order Confirming Chapter 13 Plan was mailed, postage prepaid, to Mr. & Mrs. Michael Owen, Sr., 44 Raven Circle, Cranston, RI 02921 and electronically mailed to Janet Goldman, Esq. at jgoldmanlawri@jggoldman.com on October 22, 2019.

                              /s/Martha Hunt