## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In Re:  Michael T. Owen | BK No. 1:18-bk-10973 |
| Deborah A. Owen | |
| Debtor(s) | Chapter 13 |

### ORDER GRANTING MOTION FOR RELIEF FROM STAY,
*(this relates to Document # 71)*

The Court, having considered the Motion for Relief from the Automatic Stay, (Doc. #71) filed by Ford Motor Credit Company, LLC, the Conditional Consent Order (Doc. #79) entered on 5/7/19 and the Affidavit of Non-Compliance (Doc. #113) filed by Ford Motor Credit Company, LLC to which no objection having been filed; and it appearing that proper notice was provided;

IT IS HEREBY ORDERED:

(1)  Ford Motor Credit Company, LLC is granted relief from the automatic stay imposed under 11 U.S.C. § 362 to pursue its legal remedies under applicable non−bankruptcy law with respect to:

2011 Dodge Ram with VIN # ending 6106

(2) The 14−day stay imposed under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure Applies.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: 12/2/19

Entered on Docket:   **12/2/19**
Document Number:   **114**