# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF RHODE ISLAND

| | | | |
|---|---|---|---|
| **IN RE:** | Michael T. Owen, Sr.<br>Deborah A. Owen | : | **BK NO.: 18-10973** |
| | **DEBTORS** | : | **CHAPTER 13** |

## <u>MOTION TO SUSPEND PAYMENTS</u>

NOW come the Debtors, Michael T. Owen, Sr. and Deborah A. Owen, in the above-captioned matter and hereby request that their payments to the Trustee be suspended for an additional sixty (60) days. As grounds for this Motion, Debtors state that due to the shutdown resulting from Coronavirus, Deborah A. Owen has been laid off from her employment.

WHEREFORE, the Debtor prays that this Honorable Court grant this Motion to Suspend payments.

Michael T. Owen, Sr.
Deborah A. Owen
By their Attorney,

**/s/Janet J. Goldman**
Janet J. Goldman, Esq.
Bar No. 4081
51 Jefferson Boulevard
Warwick, RI 02888
(401)785-2300

<u>Date: 6/8/20</u>

Within fourteen (14) days after service, if served electronically, as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if served by mail or other excepted means specified, any party against whom such paper has been served, or any other party who objects to the relief sought, shall serve and file an objection or other appropriate response to said paper with the Bankruptcy Court Clerk's Office, 380 Westminster Street, 6th Floor, Providence, RI 02903, (401) 626-3100. If no objection or other response is timely filed, the paper will be deemed unopposed and will be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise.

**ADMINISTRATIVE GENERAL ORDER--FORM B**
UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF
RHODE ISLAND

- - - - - - - - - - - - - - - - - - - - - - - - - *

In re:     Michael T. Owen, Sr.
           Deborah A. Owen                           BK No. 18-10973

                   Debtors              :            Chapter 13

- - - - - - - - - - - - - - - - - - - - - - - - - *

**CERTIFICATE OF SERVICE**

    I, Stephanie Cotter, state that on *June 8, 2020*, I electronically filed the foregoing

document with the United states Bankruptcy Court for the District of Rhode Island on

behalf of Michael T. Owen, Sr. & Deborah A. Owen using the CM/ECF System. The

following participants have received notice electronically:

> **Gary L. Donahue, AUST, US Trustee**
> **John Boyajian, Chapter 13 Trustee**
> **American Express National Bank**
> **Lynda L. Laing, Esq.**
> **Tatyana P. Tabachnik, Esq.**
> **PRA Receivables Management, LLC**
> **Bernard J. Lemos, Esq.**

    I certify that I have mailed by first class mail, postage pre-paid, the documents

electronically filed with the Court on the following non-CM/ECF participants:

> See attached list

**/s/ Stephanie Cotter**

Label Matrix for local noticing
0103-1
Case 1:18-bk-10973
District of Rhode Island
Providence
Mon Jun  8 15:13:04 EDT 2020

201 Wayland Avenue
Suite 8
Providence, RI 02906-4464

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

American Express Travel Related Services Com
Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Bureaus Investment Group Portfolio No 15 LLC
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

City of Cranston
Tax Collector
869 Park Avenue
Cranston RI 02910-2786

ECMC
PO BOX 16408
St Paul, MN 55116-0408

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Ford Motor Credit Company LLC dba
Lincoln Automotive Financial Services
PO Box 62180
Colorado Springs, CO 80962-2180

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

Lincoln Automotive Financial Services
PO Box 62180
Colorado Springs, CO 80962-2180

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

MIDLAND FUNDING LLC
PO Box 2011
Warren, MI 48090-2011

Mass Dept of Unemployment
19 Staniford Street
Boston MA 02114-2502

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564

National Grid Bankruptcy Notic
300 Erie Blvd. West
Syracuse NY 13202-4201

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA  98083-0788

State of RI
Division of Taxation
One Capitol Hill
Providence RI 02908-5800

Steven Tripp
Mark P. Gagliardi
201 Wayland Avenue
Suite 8
Providence, RI 02906-4464

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

US Department of Education
Po Box 16448
Saint Paul, MN 55116-0448

Verizon
by American InfoSource LP as agent
PO Box 248838
Oklahoma City, OK  73124-8838

eCAST Settlement Corporation
PO Box 29262
New York NY 10087-9262

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase Records Center
c/o JPMorgan Chase Bank, N.A.
Attn: Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203

Ford Motor Credit Company LLC
PO Box 62180
Colorado Springs, CO 80962

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

End of Label Matrix
Mailable recipients      25
Bypassed recipients       0
Total                    25