**UNITED STATES BANKRUPTCY COURT
DISTRICT OF RODE ISLAND**

| | |
|---|---|
| IN RE:  DEBORAH OWEN | BK NO.: 18-10973 |
| MICHAEL OWEN | CHAPTER 13 |
| *Debtors* | |

**AGREED ORDER GRANTING RELIEF FROM AUTOMATIC STAY
PURSUANT TO 11 U.S.C. §362(d)(1)**

IC Federal Credit Union, having moved for an Order, pursuant to 11 U.S.C. §362(d)(1), authorizing relief from automatic stay herein, or the granting of adequate protection herein

UPON reading and filing the Notice and Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. §362(d)(1), dated November 17, 2020, together with due proof of service thereof, and upon all pleadings and proceedings heretofore had herein, and the parties having consented hereto, and due deliberation having been had thereon and good and sufficient cause appearing,

NOW, on motion of IC Federal Credit Union, by its counsel, Wallick & Associates, Ltd., it is hereby

ORDERED, that pursuant to 11 U.S.C. §362(d)(1) the Motion of Creditor, IC Federal Credit Union, for Relief from Automatic Stay is granted to the extent hereinafter set forth; and it is further

ORDERED, that debtor shall pay the arrearages (including late charges) in the amount of $4,149.52 in the following manner: six (6) monthly payments each in the amount of $691.58 due on or before January 15, 2021, February 15, 2021, March 15, 2021, April 15, 2021, May 15, 2021 and June 15, 2021. Debtor will also resume monthly

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF RODE ISLAND

IN RE: DEBORAH OWEN  
      MICHAEL OWEN  
    *Debtors*

BK NO.: 18-10973  
CHAPTER 13

payments commencing January 15, 2021 pursuant to the terms and provisions of the Retail Installment Contract; and it is further

ORDERED, that upon any future default by the debtor under the terms and provisions of the Retail Installment Contract and failure to cure such default within ten (10) days' written notice to debtor and debtor's counsel, or upon failure to cure arrears as hereinabove set forth, then IC Federal Credit Union shall be entitled to submit an Affidavit of Non-Compliance. The Motion will be granted without further Court action upon the filing of the Affidavit of Non-compliance.

DATED:    December 15, 2020  
                Providence, Rhode Island

/s/ Diane Finkle    12/15/2020  
Hon. Diane Finkle  
United States Bankruptcy Judge  
District of Rhode Island

ENTER:

By Debtor's counsel,

By Movant's counsel,  
WALLICK & ASSOCIATES, LTD.

/s/ Janet Goldman  
Janet Goldman, Esq.  
51 Jefferson Boulevard  
Warwick, RI 02888

/s/ Marc D. Wallick  
Marc D. Wallick, Esq.  
51 Jefferson Boulevard, 1st Floor  
Warwick, RI 02888  
(401) 461-0100  
wallicklaw@aol.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RODE ISLAND

IN RE: DEBORAH OWEN  
       MICHAEL OWEN  
       *Debtors*

BK NO.: 18-10973  
CHAPTER 13

## CERTIFICATION

I hereby certify that on the 15th day of December, 2020, I electronically filed the Order with the Clerk of the Bankruptcy Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically: Office of the US Trustee, Janet Goldman, Esq., John Boyajian, Esq., Daniel Burgoyne, Esq. and Lynda L. Lang, Esq., and I hereby certify that I have mailed by United States Postal Service, postage prepaid, the document and a copy of the Notice of Electronic Filing to the following:

Deborah Owen  
44 Raven Circle  
Cranston, RI  02921

Michael Owen  
44 Raven Circle  
Cranston, RI  02921

American Express  
Co Becket & Lee  
P.O. Box 3001  
Malvern, PA  19355

PRA Receivables Management LLC  
P.O. Box 41021  
Norfolk, VA  23541

/s/ Dawn Perenti  
Dawn Perenti

dp c:\docs\bk-order-ic fcu-owen