| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Michael T. Owen, Sr. |
| Debtor 2 (Spouse, if filing) | Deborah A. Owen |
| United States Bankruptcy Court for the: | DISTRICT OF RHODE ISLAND |
| Case number (If known) | 18-10973 |

Check if this is:
☐ An amended filing
■ A supplement showing postpetition chapter 13 income as of the following date:
   1/19/2020
   MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   | | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
   | Occupation | Senior Project Manager | Controller |
   | Employer's name | M O'Connor Contracting, Inc. | Ajax Construction Co. Inc. |
   | Employer's address | 19 Ledge Hill Road<br>West Roxbury, MA 02132 | 2833 Victory Highway<br>Harrisville, RI 02830 |
   | How long employed there? | 6 Months | 5 Years |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 10,833.33 | $ 8,666.67 |
| 3. | Estimate and list monthly overtime pay. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross Income. Add line 2 + line 3. | $ 10,833.33 | $ 8,666.67 |

/s/Michael T. Owen, Sr.    1/19/2021
/s/Deborah A. Owen         1/19/2021

Debtor 1  **Michael T. Owen, Sr.**
Debtor 2  **Deborah A. Owen**                                                         Case number (if known)  18-10973

|   |   |   | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
|   | Copy line 4 here | 4. | $ 10,833.33 | $ 8,666.67 |
| 5. | List all payroll deductions: |   |   |   |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. $ | 2,700.97 | $ 1,846.17 |
| 5b. | Mandatory contributions for retirement plans | 5b. $ | 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. $ | 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. $ | 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. $ | 0.00 | $ 433.33 |
| 5f. | Domestic support obligations | 5f. $ | 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. $ | 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: | 5h.+ $ | 0.00 + | $ 0.00 |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. $ | 2,700.97 | $ 2,279.50 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. $ | 8,132.36 | $ 6,387.17 |
| 8. | List all other income regularly received: |   |   |   |
| 8a. | Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. $ | 0.00 | $ 0.00 |
| 8b. | Interest and dividends | 8b. $ | 0.00 | $ 0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. $ | 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. $ | 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. $ | 0.00 | $ 0.00 |
| 8f. | Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. $ | 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. $ | 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: | 8h.+ $ | 0.00 + | $ 0.00 |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. $ | 0.00 | $ 0.00 |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. $ | 8,132.36 + $ 6,387.17 | = $ 14,519.53 |
| 11. | State all other regular contributions to the expenses that you list in *Schedule J*. Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*. Specify: | 11. | +$ | 0.00 |
| 12. | Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and *Related Data*, if it applies. | 12. | $ | 14,519.53 |
|   |   |   |   | Combined monthly income |

13. Do you expect an increase or decrease within the year after you file this form?
    ☐ No.
    ■ Yes. Explain: Debtor Spouse will return to work part time as of February 1, 2021, and will retuen to work full time as of May 1, 2021.

ADMINISTRATIVE GENERAL ORDER--FORM B

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

---------------------------*

In re:   Michael T. Owen, Sr.
         Deborah A. Owen

                                            BK No. 18-10973
         Debtors              :             Chapter 13

---------------------------*

**CERTIFICATE OF SERVICE**

I, Rebecca L. Goldman, state that on *January 19, 2021*, I electronically filed the foregoing document with the United states Bankruptcy Court for the District of Rhode Island on behalf of Michael T. Owen Sr. and Deborah A. Owen using the CM/ECF System. The following participants have received notice electronically:

**Gary L. Donahue, AUST, US Trustee**
**John Boyajian, Chapter 13 Trustee**

I certify that I have mailed by first class mail, postage pre-paid, the documents electronically filed with the Court on the following non-CM/ECF participants:

See attached list

                                              **/s/ Rebecca L. Goldman**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0103-1<br>Case 1:18-bk-10973<br>District of Rhode Island<br>Providence<br>Tue Jan 19 11:59:49 EST 2021 | 201 Wayland Avenue<br>Suite 8<br>Providence, RI 02906-4464 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| American Express Travel Related Services Com<br>Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Bureaus Investment Group Portfolio No 15 LLC<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | City of Cranston<br>Tax Collector<br>869 Park Avenue<br>Cranston RI 02910-2786 | ECMC<br>PO BOX 16408<br>St Paul, MN 55116-0408 |
| (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | Ford Motor Credit Company LLC dba<br>Lincoln Automotive Financial Services<br>PO Box 62180<br>Colorado Springs, CO 80962-2180 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| Lincoln Automotive Financial Services<br>PO Box 62180<br>Colorado Springs, CO 80962-2180 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| Mass Dept of Unemployment<br>19 Staniford Street<br>Boston MA 02114-2502 | Massachusetts Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 9564<br>Boston, MA 02114-9564 | National Grid Bankruptcy Notic<br>300 Erie Blvd. West<br>Syracuse NY 13202-4201 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | State of RI<br>Division of Taxation<br>One Capitol Hill<br>Providence RI 02908-5800 |
| Steven Tripp<br>Mark P. Gagliardi<br>201 Wayland Avenue<br>Suite 8<br>Providence, RI 02906-4464 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | US Department of Education<br>Po Box 16448<br>Saint Paul, MN 55116-0448 |
| Verizon<br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | eCAST Settlement Corporation<br>PO Box 29262<br>New York NY 10087-9262 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Records Center<br>c/o JPMorgan Chase Bank, N.A.<br>Attn: Correspondence Mail<br>Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203 | Ford Motor Credit Company LLC<br>PO Box 62180<br>Colorado Springs, CO 80962 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

End of Label Matrix
Mailable recipients     25
Bypassed recipients      0
Total                   25