## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| IN RE: | Michael T. Owen, Sr.<br>Deborah A. Owen | BK NO.: 18-10973 |
| | DEBTOR(S)    : | CHAPTER 13 |

### MOTION TO DISMISS

Now come the Debtors, Michael T. Owen, Sr. and Deborah A. Owen, pursuant to 11 U.S.C. §1307(b), hereby elect to dismiss the above-captioned case. The Debtors state as follows:

1. This case, filed on June 1, 2018, is a case under Chapter 13 of the Bankruptcy Code.

2. This case has not been previously converted under §706 or §1112 of the Bankruptcy Code.

   WHEREFORE, the Debtors pray that this Motion to Dismiss be granted.

                                                                  Michael T. Owen, Sr.
                                                                  Deborah A. Owen
                                                                  By their Attorney,

Date: March 22, 2021                                   /s/ Janet J. Goldman
                                                                  Janet J. Goldman, Esq.
                                                                  Bar Number: 4081
                                                                  51 Jefferson Boulevard
                                                                  Warwick, RI  02888
                                                                  (401)785-2300

Within fourteen (14) days after service, if served electronically, as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if served by mail or other excepted means specified, any party against whom such paper has been served, or any other party who objects to the relief sought, shall serve and file an objection or other appropriate response to said paper with the Bankruptcy Court Clerk's office, 380 Westminster Street, 6th Floor, Providence, RI 02903, (401) 626-3100. If no objection or other response is timely filed, the paper will be deemed unopposed and will be granted, unless (1) the requested relief is forbidden by law; or (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise.

**ADMINISTRATIVE GENERAL ORDER--FORM B**

UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF
RHODE ISLAND

------------------------*

In re: Michael T. Owen, Sr.
       Deborah A. Owen

                                      BK No. 18-10973

       Debtor(s)      :      Chapter 13

------------------------*

## CERTIFICATE OF SERVICE

I, Rebecca L. Goldman, state that on *March 22, 2021*, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Rhode Island on behalf of Michael T. Owen, Sr. and Deborah A. Owen using the CM/ECF System. The following participants have received notice electronically:

    **Gary L. Donahue, AUST, US Trustee**
    **John Boyajian, Chapter 13 Trustee**
    **Lynda L. Laing, Esq.**
    **Marc D. Wallick, Esq.**
    **Bernard J. Lemos, Esq.**
    **Tatyana P. Tabachnik, Esq.**

I certify that I have mailed by first class mail, postage pre-paid, the documents electronically filed with the Court on the following non-CM/ECF participants:

    See attached list

                                              **/s/ Rebecca L. Goldman**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0103-1<br>Case 1:18-bk-10973<br>District of Rhode Island<br>Providence<br>Mon Mar 22 15:15:05 EDT 2021 | 201 Wayland Avenue<br>Suite 8<br>Providence, RI 02906-4464 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| American Express Travel Related Services Com<br>Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Bureaus Investment Group Portfolio No 15 LLC<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | City of Cranston<br>Tax Collector<br>869 Park Avenue<br>Cranston RI 02910-2786 | ECMC<br>PO BOX 16408<br>St Paul, MN 55116-0408 |
| (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | Ford Motor Credit Company LLC dba<br>Lincoln Automotive Financial Services<br>PO Box 62180<br>Colorado Springs, CO 80962-2180 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| Lincoln Automotive Financial Services<br>PO Box 62180<br>Colorado Springs, CO 80962-2180 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| Mass Dept of Unemployment<br>19 Staniford Street<br>Boston MA 02114-2502 | Massachusetts Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 9564<br>Boston, MA 02114-9564 | National Grid Bankruptcy Notic<br>300 Erie Blvd. West<br>Syracuse NY 13202-4201 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | State of RI<br>Division of Taxation<br>One Capitol Hill<br>Providence RI 02908-5800 |
| Steven Tripp<br>Mark P. Gagliardi<br>201 Wayland Avenue<br>Suite 8<br>Providence, RI 02906-4464 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | US Department of Education<br>Po Box 16448<br>Saint Paul, MN 55116-0448 |
| Verizon<br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | eCAST Settlement Corporation<br>PO Box 29262<br>New York NY 10087-9262 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Records Center<br>c/o JPMorgan Chase Bank, N.A.<br>Attn: Correspondence Mail<br>Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203 | Ford Motor Credit Company LLC<br>PO Box 62180<br>Colorado Springs, CO 80962 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

End of Label Matrix
Mailable recipients    25
Bypassed recipients     0
Total                  25